**E-Filed 9/4/2009**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TANISHA BUTLER,<br><br>                Plaintiff,<br><br>      v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>                Defendants. | Case Number C 09-3052 JF (RS)<br><br>ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND<br><br>[re:  docket no. 4 ] |

      On May 28, 2009, Plaintiff filed the instant action in the Santa Clara Superior Court, asserting claims arising out of a mortgage loan on her primary residence.  Defendants removed the action to this Court and filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  Plaintiff did not file opposition to the motion or appear at the hearing on September 4, 2009.  Accordingly, for good cause shown and without opposition, Plaintiff's complaint is DISMISSED WITH LEAVE TO AMEND.  Plaintiff shall file any amended complaint on or before October 9,

1  2009. Failure to file an amended complaint within the time provided will result in the dismissal
2  of this action for failure to prosecute.
3     IT IS SO ORDERED.
4
5  DATED: 9/4/2009
6
7                                    _____
8                                    JEREMY FOGEL
                                     United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 09-3052 JF (RS)
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND
(JFLC2)

1 | Copies of Order served on:

3 | Tanisha Butler
3463 Ramstad Drive
4 | San Jose, CA 95127

5 | Eric D. Houser    scleere@houser-law.com

6 | Robert Laurens Driessen    scleere@houser-law.com

3

Case No. C 09-3052 JF (RS)
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND
(JFLC2)